IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-293-BO
No. 5:16-CV-222-BO

| | |
|---|---|
| WILLIAM TRAVIS WARREN, JR. )<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>Respondent. ) | ORDER |

This cause comes before the Court on petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The government has responded to the motion, conceding that the relief which petitioner seeks is warranted.

## BACKGROUND

After pleading guilty pursuant to a plea agreement to one count of possession of a firearm and ammunition by a convicted felon in violation of 18 U.S.C. §§ 922(g) and 924, petitioner was sentenced to a term of 160 months' imprisonment. By opinion entered June 18, 2010, petitioner's conviction and sentence were affirmed by the court of appeals.

## DISCUSSION

Petitioner contends that he is no longer properly classified as an armed career criminal in light of *Johnson v. United States*, 135 S.Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016). In *Johnson*, the Supreme Court held that the residual clause of the Armed Career Criminal Act (ACCA), 18 U.S.C. § 924(e), is unconstitutionally vague. 135 S.Ct. at 2557. In

*Welch*, the Supreme Court held that *Johnson* applies retroactively on collateral review. 136 S.Ct. at 1265.

The government as well as petitioner contend that application of *Johnson* to petitioner's criminal history results in insufficient qualifying predicate convictions necessary to be sentenced as an armed career criminal under § 924(e). *See also United States v. Barlow*, 811 F.3d 133 (4th Cir. 2015) (North Carolina felony speeding to elude arrest is not a violent felony for purposes of ACCA). The Court agrees, and holds that resentencing of petitioner without application of the Armed Career Criminal Act is warranted.

## CONCLUSION

Accordingly, for the foregoing reasons, petitioner's motion to vacate pursuant to 28 U.S.C. § 2255 [DE 54] is GRANTED, petitioner's sentence is hereby VACATED, and this matter shall be set for resentencing by separate notice.

SO ORDERED, this 22 day of June, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2

Case 5:08-cr-00293-BO  Document 59  Filed 06/23/16  Page 2 of 2