UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. William Travis Warren Jr.**             **Docket No. 5:08-CR-293-1BO**

### Petition for Action on Supervised Release

COMES NOW Tuell Waters, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Travis Warren Jr., who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon in violation of 18 U.S.C. §§ 921(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 5, 2009, to the custody of the Bureau of Prisons for a term of 160 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On July 20, 2016, the sentence was reduced to 100 months imprisonment and 3 years supervised release pursuant to 28 U.S.C. § 2255.

William Travis Warren Jr. was released from custody on August 3, 2016, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 18, 2016, the defendant was charged by the North Carolina State Highway Patrol in Bertie County with Driving While Impaired and Exceeding a Safe Speed. Warren was involved in a single car accident which resulted in him being transported to a local hospital for minor injuries prior to the state trooper's arrival. Therefore, an alcohol breath test was not administered. The highway patrol has requested medical records from the hospital to determine Warren's blood alcohol content; however, the hospital has not yet released the file. The matter remains pending in Bertie County district court (17CR44). The defendant admitted to the violation conduct and has been scheduled to complete a substance abuse assessment. Furthermore, Warren agreed to a 30-day curfew with location monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

William Travis Warren Jr.
Docket No. 5:08-CR-293-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Tuell Waters
Tuell Waters
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2344
Executed On: March 14, 2017

## ORDER OF THE COURT

Considered and ordered this __17__ day of __March__, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge