UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. William Travis Warren Jr.                      Docket No. 5:08-CR-293-1BO

### Petition for Action on Supervised Release

COMES NOW Tuell Waters, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Travis Warren Jr., who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon in violation of 18 U.S.C. §§ 921(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 5, 2009, to the custody of the Bureau of Prisons for a term of 160 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On July 20, 2016, the sentence was reduced to 100 months imprisonment and 3 years supervised release pursuant to 28 U.S.C. § 2255.

William Travis Warren Jr. was released from custody on August 3, 2016, at which time the term of supervised release commenced. On March 20, 2017, a Petition for Action on Supervised Release was filed after the defendant was charged in Bertie County with Driving While Impaired. Consequently, the terms of supervised release were modified by imposing a 30-day curfew with location monitoring.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 8, 2018, the defendant submitted a urine specimen which was subsequently determined by the national laboratory to be positive for cocaine. When confronted with the test results, Warren readily admitted to the drug use and signed a written admission. Therefore, it is respectfully recommended that the conditions of supervision be modified to add community service and the DROPS condition.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

William Travis Warren Jr.
Docket No. 5:08-CR-293-1BO
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Tuell Waters
Tuell Waters
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2344
Executed On: January 17, 2018

## ORDER OF THE COURT

Considered and ordered this __18__ day of __January__, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge